## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| IN RE: ) | CASE No. | 14-51720 (JAM) |
| O.W. BUNKER USA, INC., ) | | |
|  ) | CHAPTER | 11 |
| DEBTOR. ) | | |
|  ) | | |
| O.W BUNKER USA, INC., ) | | |
| PLAINTIFF ) | ADV. PRO. No. | 15-05071 (JAM) |
|  ) | | |
| V. ) | | |
|  ) | | |
| HUDSON SHIPPING LINES, INC, ) | ECF Nos. | 18, 26, 27 |
| DEFENDANT. ) | | |
|  ) | | |

### ORDER REGARDING MOTION TO DISMISS

On April 15, 2016, the Defendant Hudson Shipping Lines, Inc., filed a Motion to Dismiss and accompanying Memorandum of Law in Support of Motion to Dismiss (the "Motion to Dismiss", ECF No. 18). On May 13, 2016, the Plaintiff O.W. Bunker USA, Inc. filed a Response to the Motion to Dismiss (the "Response to the Motion to Dismiss", ECF No. 26). On May 27, 2016, the Defendant Hudson Shopping Lines, Inc. filed a Reply to the Response to the Motion to Dismiss (the "Reply to the Response to the Motion to Dismiss", ECF No. 27).

A hearing on the Motion to Dismiss, the Response to the Motion to Dismiss, and the Reply to the Response to the Motion to Dismiss was held on June 8, 2016. Upon the Court's review of the submissions by the Plaintiff and the Defendant and the case law contained therein, a review of the cases *ING Bank N.V. v. Temara*, No. 16-CV-95 (KBF), 2016 WL 4471901 (S.D.N.Y. Aug. 24, 2016), *Aegean Bunkering (USA) LLC v. Amazon*, No. 14-CV-9447 (KBF), 2016 WL 4471895 (S.D.N.Y. Aug. 24, 2016), and *O'Rourke Marine Servs. L.P., L.L.P. v. M/V COSCO Haifa*, No. 15-CV-2992 (SAS), 2016 WL 1544742 (S.D.N.Y. Apr. 8, 2016); and upon a

status conference held on September 7, 2016, at which counsel for the Plaintiff and the Defendant appeared and argued, and for the reasons stated on the record at the status conference held on September 7th; it is hereby

**ORDERED** that the Motion to Dismiss is denied as to the entire complaint pursuant to Fed. R. Civ. P. 12(b)(7) and as to Count Two of the Complaint pursuant to Fed. R. Civ. P. 12(b)(6); and it is further

**ORDERED** that the Motion to Dismiss is granted as to Count Three and Four of the Complaint pursuant to Fed. R. Civ. P. 12(b)(6); and it is further

**ORDERED** that the Plaintiff shall amend its complaint on or before October 7, 2016.

DATED: September 23, 2016

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

2